**Quintin LITTLEJOHN, Plaintiff—Appellant,**

v.

**Mummar Al QADDIFI, leader of Libya, North Africa, Defendant—Appellee.**

No. 10–1603.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 5, 2010.

Quintin Littlejohn, Appellant Pro Se.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quintin Littlejohn seeks to appeal the district court's order dismissing his civil complaint without prejudice. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp.2010). The magistrate judge recommended that relief be denied and advised Littlejohn that failure to file specific timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Wright v. Collins,* 766 F.2d 841, 845–46 (4th Cir. 1985); *see also Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Littlejohn has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*